UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GONG <br><br> Plaintiff <br><br> vs. <br><br> CONVERGENT OUTSOURCING, INC. <br><br> Defendant | ) <br> ) <br> ) Case Number: 12-01388-JFB-AKT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Steven Gong, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action captioned above, with prejudice.

                        Warren Law Group, P.C.

BY:  /s/ Bruce K. Warren
        Bruce K. Warren, Esquire
        Attorney for Plaintiff
        Warren Law Group, P.C.
        58 Euclid Street
        Woodbury, NJ 08096
        856-848-4572