UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GONG <br><br> Plaintiff <br><br> vs. <br><br> CONVERGENT OUTSOURCING, INC. <br><br> Defendant | ) <br> ) <br> ) Case Number: 12-01388-JFB-AKT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 29 2012   ★

LONG ISLAND OFFICE

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Steven Gong, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action captioned above, with prejudice.

Warren Law Group, P.C.

BY:   /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren Law Group, P.C.
58 Euclid Street
Woodbury, NJ 08096
856-848-4572

*The Clerk of the Court shall close the case.*

Date: Aug. 29, 2012

Central Islip, N.Y